UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN HARLEY ERWIN,<br><br>    Petitioner,<br><br> v.<br><br>JACK WARNER,<br><br>    Respondent. | CASE NO. 3:24-cv-05880-TL-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas Petition is time-barred under 28 U.S.C. § 2244(d) and is therefore dismissed with prejudice.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 20th day of March, 2025.

                                    TANA LIN
                                    United States District Judge